ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Trident Security Devices, Inc. ) | ASBCA No. 57812 |
| ) | |
| Under Contract No. W911SD-08-F-0165 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. David E. Wasserstrom
   Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
   Army Chief Trial Attorney
   MAJ Cameron R. Edlefsen, JA
   MAJ Nicholes D. Dembinski, JA
   CPT Evan C. Williams, JA
   Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 24 July 2014

MICHAEL O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57812, Appeal of Trident Security Devices, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals